**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

JENNIFER L. FILAURI

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj34/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s)

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 C.F.R. § 210 and FSS 322.34(1) | Driving with Suspended License Without Knowledge | 12/4/06 | One |
| 32 C.F.R. § 210 and FSS 316.646 | Failure to provide proof of vehicle insurance | 12/4/06 | Two |
| 32 C.F.R. § 210 and FSS 320.0605 | Failure to have vehicle registration | 12/4/06 | Three |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fines/SMA's shall be paid no later than March 21, 2007.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 | $ 120.00 | $ 0.00 |

Date of Imposition of Sentence - 2/26/07

*Miles Davis* (signature)

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **2-26-2007**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 FEB 27  AM 9: 21

FILED